JOHN J. McNULTY, APPELLANT, v. DENNIE O'CONNELL, RESPONDENT.

Submitted May 27, 1927—Decided October 17, 1927.

For the appellant, *Abraham Alboum*.

For the respondent, *Howe & Davis*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—THE CHIEF JUSTICE, TRENCHARD, PARKER, MINTURN, BLACK, CAMPBELL, WHITE, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, DEAR, JJ. 12.

*For reversal*—None.

COUNTY OF MORRIS, APPELLANT, v. COUNTY OF ESSEX, RESPONDENT.

Submitted May 27, 1927—Decided October 17, 1927.

For the appellant, *Charles A. Rathbun*.

For the respondent, *Arthur T. Vanderbilt*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Black in the Supreme Court.

*For affirmance*—TRENCHARD, PARKER, KALISCH, KATZENBACH, LLOYD, WHITE, VAN BUSKIRK, MCGLENNON, KAYS, HETFIELD, DEAR, JJ. 11.

*For reversal*—None.

NEW YORK LIVE POULTRY COMPANY, APPELLANT, v. LOUIS SCHWARTZ, RESPONDENT.

Argued May 20, 1927—Decided December 8, 1927.

For the appellant, *Frank G. Turner*.

For the respondent, *Kent & Kent*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered in the Supreme Court.

*For affirmance* — TRENCHARD, KALISCH, KATZENBACH, WHITE, VAN BUSKIRK, MCGLENNON, KAYS, HETFIELD, DEAR, JJ. 9.

*For reversal*—None.